UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 13546
    RONALD LYNN
    CHARLENE LYNN                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-2094    SSN XXX-XX-4657

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/28/2007 and was not confirmed.

    The case was dismissed without confirmation 10/24/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARCHER HEIGHTS C U | SECURED VEHIC | 11701.00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| HOUSEHOLD AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | UNSECURED | NOT FILED | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | 2400.00 | .00 | .00 |
| CITIBANK USA | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | 74.12 | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 2728.61 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 412.15 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,954.00 | | 868.61 |
| TOM VAUGHN | TRUSTEE | | | 59.39 |
| DEBTOR REFUND | REFUND | | | 348.00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,276.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 868.61 |
| TRUSTEE COMPENSATION | | 59.39 |
| DEBTOR REFUND | | 348.00 |
| TOTALS | 1,276.00 | 1,276.00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
      Dated: 01/25/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE